ROSE MULLEN, an Infant, etc., Appellant, *v.* JOSEPH T. PERKINS, Respondent.

(Argued March 13, 1889; decided March 19, 1889.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made the fourth Monday of April, 1888, which affirmed a judgment in favor of defendant, entered upon an order dismissing the complaint on trial.

*Hugo Hirsh* for appellant.

*Albert G. McDonald* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EDWARD KANE, Appellant, *v.* CITY OF BROOKLYN et al., Respondents.

CHARLES O'NEIL, Assignee, etc., Appellant, v. SAMUEL NAGLE, Respondent.

THE PEOPLE ex rel. JESSE CARTER, Appellant, *v.* STEPHEN B. FRENCH et al., Police Commissioners, etc., Respondents.

THE appeals in these cases were dismissed under Rule 21.